AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McConnell Jr, John J. | District of Rhode Island | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Board Member | Crossroads RI |
| 2. | Member | Marthas Vineyard Colonial Inn LLC |
| 3. | Board Member | Institute for the Study & Practice of NonViolence |
| 4. | Board Member | Trinity Repertory Company |
| 5. | Custodian | Alliance Capital 529 College Fund #2 |
| 6. | Trustee | Family Trust #1 |
| 7. | Trustee | Family Trust #2 |
| 8. | Board Member | Downtown Providence Parks Conservancy |
| 9. | Chair, Selection Committee | Hassenfeld Family Foundation, RI Public Interest Service Fellowship |
| 10. | Board Member | Women's Center of Rhode Island |
| 11. | Board Member | Federal Judges' Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/30/2003 | Ness Motley, P.A. (n/k/a MRRM, P.A.) Employment and Compensation Agreement (see Section VIII for further details) |
| 2. 5/13/2011 | Assignment of Certain Rights in MRRM, P.A. (see Section VIII for further details) |
| 3. 5/13/2011 | Assignement of Membership Interests in Motely Rice LLC and Mutual Release (see Section VIII for further details) |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2015 | Deferred Compensation, MRRM PA | $2,462,400.00 |
| 2. 12/31/2015 | Rental Income, Charlestown, RI | $46,842.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. --Wells Fargo Money Fund | A | Interest | M | T | | | | | |
| 3. --Allergan(Fka Actavis) merger 6-15-15 | | None | K | T | | | | | |
| 4. --Affiliated Managers Group | | | K | T | Buy | 04/06/15 | J | | |
| 5. | | | | T | Buy (add'l) | 04/23/15 | J | | |
| 6. | | | | T | Buy (add'l) | 06/30/15 | J | | |
| 7. | | | | T | Buy (add'l) | 10/29/15 | K | | |
| 8. | | | | T | Sold (part) | 12/17/15 | K | | |
| 9. --Altera Corp | A | Dividend | | | Sold (part) | 06/30/15 | K | E | |
| 10. | | | | | Sold | 12/28/15 | K | E | |
| 11. --Apple Inc | A | Dividend | K | T | | | | | |
| 12. --Applied Materials Inc | A | Dividend | K | T | | | | | |
| 13. --CBOE Holdings Inc | A | Dividend | K | T | Buy | 05/18/15 | J | | |
| 14. --Celgene Corp | | None | K | T | | | | | |
| 15. --CME Group | B | Dividend | K | T | | | | | |
| 16. --EMC Corp Mass | A | Dividend | | | Sold (part) | 04/23/15 | J | A | |
| 17. | | | | | Sold | 10/29/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Express Scripts Hldg Co | | None | K | T | | | | | |
| 19. --Fireeye Inc | | None | J | T | Buy | 10/29/15 | J | | |
| 20. | | | | T | Sold (part) | 12/17/15 | J | | |
| 21. --Global X | A | Dividend | J | T | | | | | |
| 22. --Intel Corp | A | Dividend | K | T | | | | | |
| 23. --Ishares TRMSCI Emerging Mkts Index Fd | A | Dividend | K | T | Buy | 12/17/15 | K | | |
| 24. --Ishares Tr Russell 2000 Index Fd | A | Dividend | L | T | | | | | |
| 25. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 26. --Lattice Semiconductor Corp | | None | J | T | Buy | 06/04/15 | J | | |
| 27. --Morgan Stanley | A | Dividend | J | T | Buy | 05/18/15 | K | | |
| 28. --NCR | | None | | | Sold | 10/29/15 | J | | |
| 29. --NXP Semiconductors | | None | J | T | | | | | |
| 30. --Powershares Golden Dragon China | A | Dividend | J | T | | | | | |
| 31. --Pricesmart Inc. | | None | K | T | Buy | 10/29/15 | K | | |
| 32. --Proshares Trust ETF Short 20+ Yr Treasury | | None | | | Buy | 05/06/15 | J | | |
| 33. | | | | | Sold | 10/29/15 | J | | |
| 34. --Qualcomm Inc | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 36. --SPDR S&P Biotech ET | A | Dividend | L | T | | | | | |
| 37. --SPDR S&P China | A | Dividend | | | Sold | 12/29/15 | J | | |
| 38. --SPDR S&P Midcap 400 Trust Series N | B | Dividend | L | T | | | | | |
| 39. --SPDR S&P 500 Trust | B | Dividend | L | T | Sold (part) | 04/06/15 | J | C | |
| 40. | | | | T | Sold (part) | 04/23/15 | K | D | |
| 41. | | | | T | Sold (part) | 05/18/15 | K | D | |
| 42. --SPDR Ser Tr S&P 600 Small Cap | B | Dividend | L | T | | | | | |
| 43. --Stryker Corp | A | Dividend | K | T | | | | | |
| 44. --United Natural Foods Inc | | None | J | T | | | | | |
| 45. --Vanguard MSCI Emerging Markets | A | Dividend | | | Sold | 12/17/15 | K | | |
| 46. --Vanguard S&P 500 | A | Dividend | K | T | Sold (part) | 05/06/15 | K | D | |
| 47. --Walmart | A | Dividend | | | Sold | 10/29/15 | K | | |
| 48. --Whole Foods Market | A | Dividend | J | T | Sold (part) | 12/17/15 | J | | |
| 49. --Wisdomtree Investments | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 50. --Zimmer Holdings | A | Dividend | K | T | | | | | |
| 51. --Xilinx Inc | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Family Trust #1 (H) | | | | | | | | | |
| 54. --Wells Fargo Money Fund | A | Interest | M | T | | | | | |
| 55. --Altera Corp | B | Dividend | | | Sold (part) | 06/30/15 | K | E | |
| 56. | | | | | Sold | 12/28/15 | L | E | |
| 57. --Allergan(Fka Actavis) merger 6-15-15 | | None | K | T | | | | | |
| 58. --Affiliated Managers Group | | None | K | T | Buy | 04/06/15 | J | | |
| 59. | | | | T | Buy (add'l) | 04/23/15 | J | | |
| 60. | | | | T | Buy (add'l) | 06/30/15 | J | | |
| 61. | | | | T | Buy (add'l) | 10/29/15 | K | | |
| 62. | | | | T | Sold (part) | 12/17/15 | K | | |
| 63. --Apple Inc | A | Dividend | K | T | | | | | |
| 64. --Applied Materials Inc | A | Dividend | K | T | | | | | |
| 65. --CBOE Holdings Inc | A | Dividend | K | T | Buy | 05/18/15 | J | | |
| 66. --Celgene Corp | | None | K | T | | | | | |
| 67. --CME Group | B | Dividend | K | T | | | | | |
| 68. --EMC Corp Mass | A | Dividend | | | Sold (part) | 04/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/29/15 | J | A | |
| 70. --Express Scripts Hldg Co | | None | K | T | | | | | |
| 71. --Fireeye Inc | | None | J | T | Buy | 05/22/15 | J | | |
| 72. | | | | T | Buy | 10/29/15 | J | | |
| 73. | | | | T | Sold (part) | 12/17/15 | J | | |
| 74. --GlobalX | A | Dividend | J | T | | | | | |
| 75. --Intel Corp | A | Dividend | K | T | | | | | |
| 76. --ISHRS Russell 2000 Index | B | Dividend | M | T | | | | | |
| 77. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 78. --Lattice Semiconductor Corp | | None | J | T | Buy | 06/04/15 | J | | |
| 79. --Morgan Stanley | A | Dividend | J | T | Buy | 05/18/15 | K | | |
| 80. --NCR | | None | | | Sold | 10/29/15 | K | | |
| 81. --NXP Semiconductors | | None | K | T | | | | | |
| 82. --Powershares Golden Dragon China | A | Dividend | K | T | | | | | |
| 83. --Pricesmart Inc | | None | K | T | Buy | 10/29/15 | K | | |
| 84. --Proshares Trust Short 20+ Yr Treasury | | None | | | Buy | 05/06/15 | K | | |
| 85. | | | | | Sold | 10/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Qualcomm Inc | C | Dividend | M | T | | | | | |
| 87. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 88. --SPDR S&P 500 Trust | B | Dividend | L | T | Sold (part) | 04/06/15 | J | C | |
| 89. | | | | T | Sold (part) | 04/23/15 | K | D | |
| 90. | | | | T | Sold (part) | 05/18/15 | K | D | |
| 91. | | | | T | Sold (part) | 05/22/15 | J | B | |
| 92. --SPDR S&P Biotech | A | Dividend | L | T | | | | | |
| 93. --SPDR S&P China | A | Dividend | | | Sold | 12/29/15 | J | | |
| 94. --SPDR S&P Midcap 400 | A | Dividend | L | T | | | | | |
| 95. --SPDR Ser Tr S&P 600 Small Cap | B | Dividend | L | T | | | | | |
| 96. --Stryker | A | Dividend | K | T | | | | | |
| 97. --United Natural Foods Inc | | None | | | Sold | 12/29/15 | J | | |
| 98. --Vanguard MSCI Emerging Markets | A | Dividend | | | Sold | 05/06/15 | K | B | |
| 99. --Vanguard S&P 500 ETF | B | Dividend | L | T | | | | | |
| 100. --Walmart | A | Dividend | | | Sold | 10/29/15 | K | | |
| 101. --Whole Foods Market | A | Dividend | J | T | Buy | 10/29/15 | J | | |
| 102. | | | | T | Sold (part) | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Wisdomtree Investments | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 104. --Zimmer Holdings | A | Dividend | K | T | | | | | |
| 105. --Xilinx Inc | B | Dividend | L | T | | | | | |
| 106. | | | | | | | | | |
| 107. Family Trust #2 (H) | | | | | | | | | |
| 108. --Wells Fargo Money Fund | A | Interest | N | T | | | | | |
| 109. --Allergan(Fka Actavis) merger 6-15-15 | | None | M | T | | | | | |
| 110. --Affiliated Managers Group | | None | L | T | Buy | 04/01/15 | K | | |
| 111. | | | | T | Buy (add'l) | 04/22/15 | K | | |
| 112. | | | | T | Buy (add'l) | 06/30/15 | K | | |
| 113. | | | | T | Buy (add'l) | 10/29/15 | L | | |
| 114. | | | | T | Sold (part) | 12/17/15 | L | | |
| 115. --Altera Corp | C | Dividend | | | Sold (part) | 06/30/15 | M | F | |
| 116. | | | | | Sold | 12/28/15 | M | F | |
| 117. --Apple Inc | B | Dividend | M | T | | | | | |
| 118. --Applied Materials Inc | B | Dividend | L | T | | | | | |
| 119. --CBOE Holdings Inc | B | Dividend | M | T | Buy | 03/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | T | Buy | 05/18/15 | K | | |
| 121. --Celgene Corp | | None | L | T | Buy | 03/30/15 | J | | |
| 122. --CME Group | D | Dividend | M | T | | | | | |
| 123. --EMC Corp Mass | B | Dividend | M | T | | | | | |
| 124. --Express Scripts Hldg Co | | None | M | T | | | | | |
| 125. --Fireeye Inc | | None | K | T | Buy | 03/30/15 | J | | |
| 126. | | | | T | Buy (add'l) | 10/29/15 | K | | |
| 127. | | | | T | Buy (add'l) | 11/30/15 | K | | |
| 128. | | | | T | Sold (part) | 12/31/15 | K | | |
| 129. --Global X | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 130. | | | | T | Sold (part) | 12/29/15 | K | | |
| 131. --Intel Corp | C | Dividend | L | T | | | | | |
| 132. --Ishares China | B | Dividend | L | T | Buy | 12/17/15 | L | | |
| 133. --ISHRS Russell 2000 Index | C | Dividend | M | T | | | | | |
| 134. --Ishares TRMSCI Emerging Mkts Index Fd | A | Dividend | K | T | Buy | 10/29/15 | K | | |
| 135. --Johnson & Johnson | C | Dividend | M | T | | | | | |
| 136. --Lattice Semiconductor Corp | | None | L | T | Buy | 06/04/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Morgan Stanley | B | Dividend | L | T | Buy | 03/30/15 | L | | |
| 138. | | | | T | Buy (add'l) | 05/18/15 | K | | |
| 139. | | | | T | Sold (part) | 12/29/15 | K | | |
| 140. --NCR | | None | | | Sold | 10/29/15 | L | | |
| 141. --NXP Semiconductors | | None | L | T | | | | | |
| 142. --Powershares Golden Dragon China | A | Dividend | L | T | Buy | 03/30/15 | K | | |
| 143. --Pricesmart Inc | | None | L | T | Buy | 10/29/15 | L | | |
| 144. --Proshares Trust Short 20+ Yr Treasury | | None | | | Buy | 05/04/15 | K | | |
| 145. | | | | | Buy (add'l) | 05/04/15 | K | | |
| 146. | | | | | Sold | 10/29/15 | L | | |
| 147. --Qualcomm Inc | D | Dividend | N | T | | | | | |
| 148. --SPDR Gold Trust | A | Dividend | K | T | | | | | |
| 149. --SPDR S&P Biotech | B | Dividend | M | T | | | | | |
| 150. --SPDR S&P China | B | Dividend | | | Buy | 03/30/15 | K | | |
| 151. | | | | | Sold | 12/17/15 | L | | |
| 152. --SPDR S&P Midcap 400 | C | Dividend | M | T | | | | | |
| 153. --SPDR S&P 500 Trust ETF | D | Dividend | N | T | Sold (part) | 05/18/15 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --SPDR Ser Tr S&P 600 Small Cap ETF | D | Dividend | M | T | | | | | |
| 155. --Stryker | B | Dividend | M | T | | | | | |
| 156. --United Natural Foods Inc | | None | K | T | Buy | 11/30/15 | K | | |
| 157. | | | | T | Sold (part) | 12/31/15 | K | | |
| 158. --Vanguard Mid Cap ETF | A | Dividend | L | T | | | | | |
| 159. --Vanguard MSCI Eafe ETF | B | Dividend | | | Sold | 10/29/15 | L | | |
| 160. --Vanguard S&P 500 ETF | D | Dividend | M | T | | | | | |
| 161. --Walmart | B | Dividend | | | Sold | 10/29/15 | L | | |
| 162. --Whole Foods Market | A | Dividend | K | T | Buy | 10/29/15 | K | | |
| 163. | | | | T | Sold (part) | 12/17/15 | K | | |
| 164. --Wisdomtree Investments | A | Dividend | L | T | Buy | 09/03/15 | K | | |
| 165. | | | | T | Buy (add'l) | 12/29/15 | K | | |
| 166. --Zimmer Holdings | A | Dividend | L | T | | | | | |
| 167. --Xilinx Inc. | D | Dividend | N | T | | | | | |
| 168. | | | | | | | | | |
| 169. IRA #1 (H) | | | | | | | | | |
| 170. --Wells Fargo Cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Allergan(Fka Actavis) merger 6-15-15 | | None | J | T | | | | | |
| 172. --Affiliated Managers Group | | None | J | T | Buy | 04/01/15 | J | | |
| 173. | | | | T | Buy (add'l) | 04/22/15 | J | | |
| 174. | | | | T | Buy (add'l) | 06/30/15 | J | | |
| 175. --Apple Inc | A | Dividend | J | T | | | | | |
| 176. --Applied Materials Inc | A | Dividend | J | T | | | | | |
| 177. --CBOE Holdings Inc | A | Dividend | J | T | | | | | |
| 178. --Celgene Corp | | None | J | T | | | | | |
| 179. --CME Group | A | Dividend | J | T | | | | | |
| 180. --EMC Corp Mass | A | Dividend | J | T | | | | | |
| 181. --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | | | | | |
| 182. --Express Scripts Hldg Co | | None | J | T | | | | | |
| 183. --Fireeye Inc | | None | J | T | | | | | |
| 184. --Global X Funds ET | A | Dividend | J | T | | | | | |
| 185. --Intel Corp | A | Dividend | J | T | | | | | |
| 186. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 187. --Ishares TR MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Ishares NASDAQ Biotech | A | Dividend | J | T | | | | | |
| 189. --Ishares US Broker Dealers | A | Dividend | J | T | | | | | |
| 190. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 191. --Lattice Semiconductor Corp | | None | J | T | Buy | 06/04/15 | J | | |
| 192. --Morgan Stanley | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 193. --NCR | | None | J | T | | | | | |
| 194. --NXP Semiconductore | | None | J | T | | | | | |
| 195. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 196. --Powershares Golden Dragon China | A | Dividend | J | T | | | | | |
| 197. --Proshares Trust Short 20+ Treasury | | None | J | T | Buy | 05/04/15 | J | | |
| 198. --Guggenheim S&P 500 Equal Wghted Index Fd fka Rydex | A | Dividend | J | T | | | | | |
| 199. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 200. --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 201. --SPDR S&P China | A | Dividend | J | T | | | | | |
| 202. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 203. --Stryker | A | Dividend | J | T | | | | | |
| 204. --United Natural Foods | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 206. --Vanguard MSCI EAFE | A | Dividend | J | T | | | | | |
| 207. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 208. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 209. --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 210. --Walmart | A | Dividend | J | T | | | | | |
| 211. --Whole Foods Market | A | Dividend | J | T | | | | | |
| 212. --Wisdomtree Investments | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 213. --Zimmer Holdings | A | Dividend | J | T | | | | | |
| 214. | | | | | | | | | |
| 215. IRA #2 (H) | | | | | | | | | |
| 216. --Wells Fargo Cash | A | Interest | J | T | | | | | |
| 217. --Allergan(Fka Actavis) merger 6-15-15 | | None | J | T | | | | | |
| 218. --Affiliated Managers Group | | None | J | T | Buy | 04/01/15 | J | | |
| 219. | | | | T | Buy (add'l) | 04/22/15 | J | | |
| 220. | | | | T | Buy (add'l) | 06/30/15 | J | | |
| 221. --Apple Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  --Applied Materials | A | Dividend | J | T | | | | | |
| 223.  --CBOE Holdings Inc | A | Dividend | J | T | | | | | |
| 224.  --Celgene Corp | | None | J | T | | | | | |
| 225.  --CME Group | A | Dividend | J | T | | | | | |
| 226.  --EMC Corp Mass | A | Dividend | J | T | | | | | |
| 227.  --Express Scripts Hldg Co | | None | J | T | | | | | |
| 228.  --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | | | | | |
| 229.  -Fireeye Inc | | None | J | T | | | | | |
| 230.  --Global X | A | Dividend | J | T | | | | | |
| 231.  --Intel Corp | A | Dividend | J | T | | | | | |
| 232.  --Ishares NASDAQ | A | Dividend | J | T | | | | | |
| 233.  --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 234.  --Ishares TR MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 235.  --Ishares US Brokers Dealers | A | Dividend | J | T | | | | | |
| 236.  --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 237.  --Lattice Semiconductor Corp | | None | J | T | Buy | 06/04/15 | J | | |
| 238.  --Morgan Stanley | A | Dividend | J | T | Buy | 03/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --NCR | | None | J | T | | | | | |
| 240. --NXP Semiconductors | | None | J | T | | | | | |
| 241. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 242. --Powershares Golden Dragon China | A | Dividend | J | T | Buy | 01/09/15 | J | | |
| 243. --Proshares Trust Short 20+ Yr Treasury | | None | J | T | Buy | 05/04/15 | J | | |
| 244. --Guggenheim S&P 500 Equal Wghtd Index Fd fka Rydex | A | Dividend | J | T | | | | | |
| 245. --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 246. --SPDR S&P China | A | Dividend | J | T | | | | | |
| 247. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 248. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 249. --Stryker Corp | A | Dividend | J | T | | | | | |
| 250. --United Natural Foods | | None | J | T | | | | | |
| 251. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 252. --Vanguard MSCI EAFE | A | Dividend | J | T | | | | | |
| 253. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 254. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 255. --Vanguard S&P 500 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. --Walmart | A | Dividend | J | T | | | | | |
| 257. --Whole Foods Market | A | Dividend | J | T | | | | | |
| 258. --Wisdomtree Investments | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 259. --Zimmer Holdings | A | Dividend | J | T | | | | | |
| 260. | | | | | | | | | |
| 261. IRA #3 (H) | | | | | | | | | |
| 262. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 263. --Allergan(Fka Actavis) merger 6-15-15 | | None | K | T | | | | | |
| 264. --Affiliated Managers Group | | None | K | T | Buy | 04/01/15 | J | | |
| 265. | | | | T | Buy (add'l) | 04/22/15 | J | | |
| 266. | | | | T | Buy (add'l) | 06/30/15 | J | | |
| 267. --Altera Corp | A | Dividend | | | Sold (part) | 06/30/15 | K | D | |
| 268. | | | | | Sold | 12/28/15 | K | D | |
| 269. --Apple Inc | B | Dividend | L | T | | | | | |
| 270. --Applied Materials Inc | A | Dividend | K | T | | | | | |
| 271. --CBOE Holdings Inc | A | Dividend | K | T | | | | | |
| 272. --Celgene Corp | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --CME Group | B | Dividend | K | T | | | | | |
| 274. --EMC Corp Mass | A | Dividend | K | T | | | | | |
| 275. --ETFS Platinum Trust Shs Ben Int EFT | | None | J | T | | | | | |
| 276. --Express Scripts Hldg Co | | None | K | T | | | | | |
| 277. --Fireeye Inc | | None | J | T | | | | | |
| 278. --Global X | A | Dividend | J | T | | | | | |
| 279. --Intel Corp | A | Dividend | K | T | | | | | |
| 280. --Ishares TRMSCI Emerging Mkts Index Fd | B | Dividend | L | T | | | | | |
| 281. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 282. --Lattice Semiconductor Corp | | None | K | T | Buy | 06/04/15 | K | | |
| 283. --Morgan Stanley | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 284. | | | | T | Buy (add'l) | 05/04/15 | K | | |
| 285. --NCR | | None | K | T | | | | | |
| 286. --NXP Semiconductors | | None | K | T | | | | | |
| 287. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 288. --Powershares Golden Dragon China | A | Dividend | K | T | | | | | |
| 289. --Proshares Trust Short 20+ Yr Treasury | | None | K | T | Buy | 05/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | T | Buy (add'l) | 05/04/15 | J | | |
| 291. --Guggenheim S&P 500 Equal Wghtd Index Fd(Formerly Rydex) | B | Dividend | M | T | | | | | |
| 292. --Qualcomm Inc | B | Dividend | K | T | | | | | |
| 293. --SPDR Gold Trust | A | Dividend | K | T | | | | | |
| 294. --SPDR S&P Biotech ET | A | Dividend | L | T | | | | | |
| 295. --SPDR S&P China | A | Dividend | K | T | | | | | |
| 296. --SPDR Ser Tr S&P 600 Small Cap | B | Dividend | L | T | | | | | |
| 297. --Stryker Corp | A | Dividend | K | T | | | | | |
| 298. --United Natural Foods Inc | | None | J | T | | | | | |
| 299. --Vanguard Mid Cap | B | Dividend | L | T | | | | | |
| 300. --Vanguard MSCI EAFE | B | Dividend | K | T | | | | | |
| 301. --Vanguard Russell 2000 Growth | A | Dividend | M | T | | | | | |
| 302. --Vanguard Russel 2000 Value | B | Dividend | L | T | | | | | |
| 303. --Vanguard S&P 500 | B | Dividend | M | T | | | | | |
| 304. --Walmart | A | Dividend | K | T | | | | | |
| 305. --Whole Foods Market | A | Dividend | J | T | | | | | |
| 306. --Zimmer Holdings | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Xilinx Inc | A | Dividend | K | T | | | | | |
| 308. | | | | | | | | | |
| 309. Bank RI Accounts #1 | A | Interest | K | T | | | | | |
| 310. Bank RI Accounts #2 | A | Interest | M | T | | | | | |
| 311. Bank RI Accounts #3 | A | Interest | J | T | | | | | |
| 312. Navigant Credit Union | A | Interest | J | T | | | | | |
| 313. | | | | | | | | | |
| 314. Alliance Capital 529 College Fund #2 (H) | | | | | | | | | |
| 315. --CBF Portfolio 1996-98 ALT RA | A | Int./Div. | K | T | | | | | |
| 316. | | | | | | | | | |
| 317. Catalist LLC | A | Interest | J | U | | | | | |
| 318. DSF Capital Partners III LP | D | Distribution | M | U | | | | | |
| 319. DSF Capital Partners IV LP | E | Distribution | O | U | | | | | |
| 320. | | | | | | | | | |
| 321. MetLife Universal Life | | None | M | T | | | | | |
| 322. Sun Life Universal Life #1 | | None | O | T | | | | | |
| 323. Sun Life Universal Life #2 | | None | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Sun Life Universal Life #3 | | None | O | T | | | | | |
| 325. | | | | | | | | | |
| 326.  U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 327. | | | | | | | | | |
| 328.  Martha's Vineyard Colonial Inn LLC | | None | P1 | U | | | | | |
| 329. | | | | | | | | | |
| 330.  Charlestown, Rhode Island, Rental Property (X) | E | Rent | P1 | W | | | | | |
| 331. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements

A)  Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previously rendered.

B)  Assignment of Certain Rights in MRRM, P.A., dated May 13, 2011 by and between MRRM, PA and John J. McConnell, Jr. setting forth the assignment of and payment for Other Rights not covered under the January 30, 2003 agreement above.

C)  Assignment of Membership Interests in Motley Rice LLC and Mutual Release, dated May 13, 2011 by and between John J. McConnell, Jr and Motley Rice LLC setting forth the assignment of and payment for membership interests and mututal release of certain liaibilities upon resignation of employment by John J. McConnell, Jr.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. McConnell Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544